JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL,<br><br>    Plaintiff,<br><br>v.<br><br>CWI SANTA BARBARA HOTEL, LP, a Delaware limited partnership; CWI 2 SANTA BARBARA HOTEL, LP, a Delaware limited partnership; and DOES 1-10,<br><br>    Defendants. | Case No. CV 2:21-cv-04996-AB-JEM<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT has been advised that this action has been settled.

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 3, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.